UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BAD HOLDINGS, LLC,

        Plaintiff,

v.                                                Civil Action No. 21-cv-00427

HALLIBURTON ENERGY SERVICES, INC.,

        Defendants.

## PLAINTIFF'S TRIAL WITNESS LIST

COMES NOW Plaintiff, BAD Holdings, LLC ("BAD Holdings"), in accordance with the Court's Preliminary Pretrial Conference Order [Dkt. #12] and Rule 26(a)(3) of the Federal Rules of Civil Procedure, and submits this witness list in advance of the trial of this matter scheduled for November 14, 2022, as follows:

### Live Testimony Witnesses

1. **Mark Duke** — 949, Morrow Crest Drive, Hernando, MS 38632; (662) 213-2900; expected to be present and called.

2. **Brandon Golden (as 30(b)(6) corporate representative of Halliburton)** — 2405 Rotterdam Circle, McKinney, TX 75071; (281) 627-3576; expected to be present and called.

3. **Andy Broadhead** — 121 Hillside Cove, Mendenhall, MS 39114; (601) 382-3123; expected to be present; may call if the need arises.

4. **Larry McGlumphy** — 2918 28 3/4 Street, Birchwood, WI 54817; (209) 256-2003; may be present and called.

5. **Austin Rieke** — address unknown; (317) 508-7994; may be present and called.

6. **Jenifer Null** — 544 Breckinridge Drive, Nesbit, MS 38651; may be present and called.

7. **Jeffrey McLaughlin** — 431 Carriage House Lane, Hendersonville, TN 37075; may be present and called.

### Witnesses Who May Testify by Deposition

The following witnesses may present live testimony as identified above. However, to the extent such witnesses may be unavailable, BAD Holdings may present the following witnesses deposition testimony:

1. **Larry McGlumphy** — entire deposition transcript (to be filed with the Court if necessary once completed by the court reporter).

2. **Brandon Golden (as 30(b)(6) corporate representative of Halliburton)** — entire deposition transcript [Dkt. #31 filed with the Court].

### Other Potential Witnesses

1. Any witness named by Halliburton whether called as a witness by Halliburton or not.

2. Any impeachment and/or rebuttal witnesses.

Respectfully submitted, this the 7th day of October, 2022.

                                      BAD HOLDINGS, LLC

                                      BY:   */s/ K.C. Hightower, Esq.*
                                                   Of Counsel

Matthew V. Fisher, SBN 1088968
STAFFORD ROSENBAUM LLP
1200 N. Mayfair Road
Suite 430
Milwaukee, WI 53226
Telephone: (414) 982-2867
mfisher@staffordlaw.com

K.C. Hightower (*Pro Hac Vice*) (MS Bar No. 101246)
Bryan C. Sawyers (*Pro Hac Vice*) (MS Bar No. 104177)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
kchightower@balch.com
bsawyers@balch.com

COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that I have this day filed the foregoing document on the ECF system which sent notice of same to all counsel of record.

This the 7th day of October, 2022.

                                        */s/ K.C. Hightower, Esq.*
                                        Of Counsel