UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BAD HOLDINGS, LLC,

      Plaintiff,

v.

                                                Case No. 3:21-cv-00427

HALLIBURTON ENERGY SERVICES,
INC.

      Defendant.

## DEFENDANT'S WITNESS DISCLOSURE

Defendant Halliburton Energy Services, Inc. ("Halliburton") hereby discloses the following witnesses it will and/or may call at the trial in the above matter. Halliburton reserves the right to call at trial any witness identified by Plaintiff in its witness disclosure.

The following are witnesses who Defendant will call to testify at trial:

    Brandon Golden
    Haliburton Energy Services, Inc.
    (Appearing by agreement of the parties)

    Jeff Carruth
    Weycer, Kaplan, Pulaski & Zuber, P.C.
    24 Greenway Plaza, Suite 2050
    Houston, TX  77046
    713-961-9045

    Ronald Preston
    Greenbrier Management Services
    One Centerpointe Drive, Suite 200
    Lake Oswego, OR  97035
    503-684-7000

    Larry McGlumphy
2918 28 ¾ Street
Birchwood, WI 54817
209-256-2003

The following are witnesses who Defendant may call to testify at trial:

    Austin Rieke
800 Capitol Street
Houston, TX 77002
713-512-6200

    Andy Broadhead
BAD Holdings, LLC
(Appearing by agreement of the parties)

    Mark Duke
BAD Holdings, LLC
(Appearing by agreement of the parties)

The following are witnesses whose testimony Defendant expects to present at trial by means of deposition transcript pursuant to Fed. R. Civ. P. 32(a)(3).

    Andy Broadhead
BAD Holdings, LLC
Rule 30(b)(6) Designee

    Defendant has submitted the page and line designations for the testimony it may use in the separately filed Deposition Designations of Andy Broadhead Corporate Representative of BAD Holdings, LLC.

The following are witnesses whose testimony Defendant may present at trial by means of deposition transcript pursuant to Fed. R. Civ. P. 32(a)(4).

    Larry McGlumphy
2918 28 ¾ Street
Birchwood, WI 54817
209-256-2003

    Mr. McGlumphy's deposition was taken on Wednesday, September 28, 2022, and the transcript from that deposition has not yet been prepared by the court reporting service. Accordingly, Halliburton is

unable to provide page and line designations at this time but will do so promptly upon receipt of the transcript. Moreover, although Mr. McGlumphy works and resides more than 100 miles from the courthouse, Halliburton is seeking to compel Mr. McGlumphy's appearance at trial pursuant to Fed. R. Civ. P. 45(c)(1)(B)(ii). In the event Halliburton is able to secure his appearance, no page and line designation will be necessary.

Dated this 7th day of October, 2022.

        Respectfully submitted,

        HUSCH BLACKWELL LLP
        Attorneys for Defendant
        Halliburton Energy Services, Inc.

By: _____
        Eric M. McLeod
        Kirsten A. Atanasoff
        33 East Main Street, Suite 300
        Madison, Wisconsin 53703
        608.255.4440
        608.258.7138 (fax)
        Eric.McLeod@huschblackwell.com
        Kirsten.Atanasoff@huschblackwell.com